RECEIVED
SEP 2 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

FILED
SEP 2 2 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARTHUR PETERSON,<br><br>    Petitioner - Appellant,<br><br>v.<br><br>ROBERT DAHL,<br><br>    Respondent - Appellee. | No. 05-35490<br><br>D.C. No. CV-05-00084-JWS<br>District of Alaska<br>Anchorage<br><br>ORDER |

Before:   ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

The court received appellant's request for an extension of time to file a petition for rehearing on August 25, 2006. We construe the request also as a motion to recall the mandate. Based on good cause shown, the motion to recall the mandate is granted.

The Clerk shall file appellant's request for an extension of time to file a petition for rehearing. The request for an extension of time is granted. Appellant's petition for rehearing is due 30 days from the date of this order.